ACCEPTED
01-15-00265-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/7/2015 12:36:16 PM
CHRISTOPHER PRIN
CLERK

**NO. 01-15-00265-CV**

In The

# First Court of Appeals

Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/7/2015 12:36:16 PM
CHRISTOPHER A. PRINE
Clerk

SW Service Center 1, L.P. and SW Service Center 2, L.P.

*Appellants*,

v.

Harris County Appraisal District

*Appellee*.

On Appeal from the 295th Judicial District Court
of Harris County, Texas

Trial Court Cause No. 2011-56200

## APPELLANTS' UNOPPOSED MOTION TO DISMISS APPEAL WITHOUT PREJUDICE

Daniel W. Jackson, SBN 00796817
Scott K. Vastine, SBN 24056469
Jennifer H. Frank, SBN 24087537
The Jackson Law Firm
3900 Essex Lane, Suite 1116
Houston, Texas 77027
(713) 522-4435
(713) 527-8850 – fax

Counsel for Appellants

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellants SW Service Center 1, L.P. and SW Service Center 2, L.P. respectfully request that their appeal be dismissed, without prejudice, pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure.

On March 19, 2015, appellants timely filed their notice of appeal, which was assigned to this Court on March 24, 2015,

On March 31, 2015, the trial court granted appellants' motion for new trial on issues that were the subject of this appeal.  Therefore, appellants no longer desire to pursue this appeal and request that this matter be dismissed without prejudice.

WHEREFORE, appellants SW Service Center 1, L.P. and SW Service Center 2, L.P. respectfully request that this appeal be dismissed without prejudice.

Respectfully submitted:


/s/ *Daniel W. Jackson*
Daniel W. Jackson, SBN 00796817
Scott K. Vastine, SBN 24056469
Jennifer H. Frank, SBN 24087537
3900 Essex Lane, Suite 1116
Houston, Texas  77027
(713) 522-4435
(713) 527-8850 – fax
daniel@jacksonlaw-tx.com
scott@jacksonlaw-tx.com
jennifer@jacksonlaw-tx.com

Counsel for Appellants




## CERTIFICATE OF CONFERENCE

I certify that I conferred with appellee's counsel concerning this motion, and that appellee is not opposed to the relief sought in this motion.

/s/ *Daniel W. Jackson*
Daniel W. Jackson

3

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served on all counsel of record, *via* ProDocs, on April 7, 2015:

Patrick J. Dyer
Olson & Olson, L.L.P.
2727 Allen Parkway, Suite 600
Houston, Texas 77019-2133

*Via email: pdyer@olsonllp.com*

/s/ *Daniel W. Jackson*
Daniel W. Jackson